ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL ) NO.  C 10 0645 SC
WORKERS, et al., )
 )
            Plaintiffs, ) NOTICE OF VOLUNTARY
 ) DISMISSAL
      vs. )
 )
REBHOLTZ MECHANICAL, INC., etc., )
 )
            Defendant. )
_____)

      Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for November 15, 2010 at 10:00 p.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    November 3, 2010
                                ERSKINE & TULLEY

                              By: /s/ Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL